CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ANNICK JORDAN[1] (Bar No. 38029)
Annick_Jordan@fd.org
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
(213) 894-1513
(213) 894-0081 Fax

Attorneys for Defendant
RUFUS LEON RHONE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RUFUS LEON RHONE, <br><br> Defendant. | Case No. 2:22-cr-00420-MWF <br><br> **DEFENDANT'S EXHIBIT IN SUPPORT OF REVOCATION OF SUPERVISED RELEASE HEARING** <br><br> DATE: March 11, 2024 <br> TIME: 2:30pm |

Defendant Rufus Rhone, by and through his attorney of record, Deputy Federal Public Defender Annick Jordan, respectfully files Exhibit A - a letter from Mr. Rhone's counselor at Tarzana Treatment Center, confirming his participation in their outpatient program since October 24, 2023.

///

////

////

////

---

[1] As a government attorney and a member of the Louisiana State Bar, I have been admitted to practice before the United States District Court for the Central District of California.

1

1 | Additionally, defense counsel has confirmed with Ms. Plescia that Mr. Rhone is eligible for the inpatient program at Tarzana Treatment Center. Mr. Rhone completed the intake and is awaiting a bed.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: March 8, 2024          By  /s/ Annick Jordan
                                  ANNICK JORDAN
                                  Deputy Federal Public Defender
                                  Attorney for RUFUS RHONE